# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

United States of America
v.
R. DAVID COHEN

)
)
)
)
)
)
)

Case No. 14-MJ-6126-MPK

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     R. DAVID COHEN                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☒ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

knowingly conspired to and did convert to their personal use, or the personal use of another, United States government property, that is, Treasury Checks, which they knew were fraudulently obtained, in violation of Title 18 U.S.C. §§ 371 and 641; and conspired to and did conduct financial transactions involving the proceeds of a specified unlawful activity for the purpose of concealing or disguising the nature, location, source, ownership or control of said proceeds, in violation of Title 18 U.S.C. §§ 371 and 1956(a)(1)(B)(i).

Date: 12-15-14                                                              /s/ Kelley
                                                                            *Issuing officer's signature*

City and state: Boston, MA                               M. PAGE KELLEY, U.S. MAGISTRATE JUDGE
                                                                            *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____                                                  _____
                                                                            *Arresting officer's signature*

                                                                            _____
                                                                            *Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>DUBIN GONZALEZ-PABON<br><br>Defendant | )<br>)  Case No. 14-6126-MPK<br>)         MJ-<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* DUBIN GONZALEZ-PABON                                                                         ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

knowingly conspired to and did convert to their personal use, or the personal use of another, United States government property, that is, Treasury Checks, which they knew were fraudulently obtained, in violation of Title 18 U.S.C. §§ 371 and 641; and conspired to and did conduct financial transactions involving the proceeds of a specified unlawful activity for the purpose of concealing or disguising the nature, location, source, ownership or control of said proceeds, in violation of Title 18 U.S.C. §§ 371 and 1956(a)(1)(B)(i).

Date: 12-15-14

*Issuing officer's signature*

City and state:   Boston, Massachusetts        M. PAGE KELLEY, U.S. MAGISTRATE JUDGE
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ .<br><br>Date: _____                                  _____<br>                                                                        *Arresting officer's signature*<br><br>                                                                        _____<br>                                                                        *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>FRANCISCO OSCAR "FRANK" GRULLON<br><br>_Defendant_ | )<br>)  Case No. 14-MJ-6126-MPK<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_  FRANCISCO OSCAR "FRANK" GRULLON ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

knowingly conspired to and did convert to their personal use, or the personal use of another, United States government property, that is, Treasury Checks, which they knew were fraudulently obtained, in violation of Title 18 U.S.C. §§ 371 and 641; and conspired to and did conduct financial transactions involving the proceeds of a specified unlawful activity for the purpose of concealing or disguising the nature, location, source, ownership or control of said proceeds, in violation of Title 18 U.S.C. §§ 371 and 1956(a)(1)(B)(i).

Date: 12-15-14

_Issuing officer's signature_

City and state: Boston, MA

M. PAGE KELLEY, U.S. MAGISTRATE JUDGE
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____<br>at _(city and state)_ _____ .<br><br>Date: _____<br><br>_Arresting officer's signature_<br><br>_Printed name and title_ |