IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>R. DAVID COHEN,<br>FRANCISCO OSCAR "FRANK" GRULLON,<br>and<br>DUBIN GONZALEZ-PABON<br><br>              Defendants. | Criminal No.14-MJ-6126-MPK |

## GOVERNMENT'S MOTION TO UNSEAL COMPLAINT

The United States of America hereby moves this Court to direct that the complaint be unsealed. In support of this motion, the government states that two of defendants were arrested on December 17, 2014, and that there is no further reason to keep the complaint secret.

*Allowed*
*[signature]*
*12-17-14*

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:   /S/ S. Theodore Merritt
       S. Theodore Merritt
       Assistant U.S. Attorney

Date: December 17, 2014