AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 14-MJ-6126-MPK |
| R. David Cohen, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America.

Date: 12/22/2014

/s/ S. Theodore Merritt
*Attorney's signature*

S. Theodore Merritt
*Printed name and bar number*

United States Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02110
*Address*

Theodore.Merritt@usdoj.gov
*E-mail address*

(617) 748-3100
*Telephone number*

(617) 748-3954
*FAX number*