UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATE OF AMERICA

V.                                                    DOCKET NO. 14-MJ-6126-MPK

R. DAVID COHAN

ASSENTED TO MOTION TO CONTINUE

      NOW COMES the accused, R. David Cohan, by and through counsel and hereby moves this Court to continue his Probable Cause Hearing to a later date.

      In support of this Motion, the defendant states as follows:

1.  The accused is scheduled to appear in the Court for his Probable Cause Hearing on January 7, 2015, at 3:00 p.m.

2.  The undersigned counsel and client require additional time to prepare for this hearing;

3.  That the AUSA Ted Merritt has been contacted and assents to this motion to continue.

      WHEREFORE, the accused moves that this Court grant this assented motion to continue his probable cause hearing to a later date.

Respectfully submitted,
R. David Cohen,
By His Attorney,

DATE:        January 7, 2015                    /s/    Paul J. Garrity
Paul J. Garrity
Bar No. 555976
14 Londonderry Road
Londonderry, NH  03053
603-434-4106

CERTIFICATE OF SERVICE

I, Paul J. Garrity hereby certify that on this 7th day of January, 2015 a copy of the within Motion to Reconsider has been efiled to all parties on record and mailed, postage prepaid to R. David Cohen.

   /s/    Paul J. Garrity
Paul J. Garrity